IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01858-CMA-CBS

UTE LAKE RANCH, INC., a Colorado corporationk
DVR, LLC, a Colorado limited liability company, and
BARRY H. FREEDMAN,

    Plaintiffs,

v.

IRONSHORE SPECIALTY INSURANCE CO., and
NAVIGATORS INSURANCE COMPANY,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on Plaintiffs' Unopposed Motion To Dismiss Pursuant To Fed. R. Civ. P. 41 (Doc. # 19). The Court having considered the Motion To Dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED: September __13__, 2010

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Court Judge